UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TARANEH BARADARAN-SEYED        :
                               :
                               :
v.                             :   Civil No. 3:03cv287 (SRU)
                               :
SOUTHERN CONNECTICUT STATE     :
UNIVERSITY

## ORDER OF DISMISSAL

The court has previously warned plaintiff, that failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure would result in dismissal of this case. Rule 4(m) provides, in part, that if service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, after notice to the plaintiff, shall dismiss the action without prejudice. It appears that more than 120 days have passed since the filing of the complaint in this case and an executed return of service has not been filed as to Southern Connecticut State University. Accordingly, this case is hereby dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file.

It is so ordered.

Dated at Bridgeport this 20th day of November 2003.

Stefan R. Underhill
United States District Judge